# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTOINETTE NJOMBUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-919-D |
| ) | |
| HCA HEALTH SERVICES OK, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION OF CONSTITUTIONAL QUESTIONS

Upon review of Plaintiff's Notice of Constitutional Challenge [Doc. No. 15], Defendant's Notice of Intent to Challenge 23 O.S. § 9.1 As Unconstitutional [Doc. No. 17] and the case record, the Court hereby certifies to the Oklahoma Attorney General that the constitutionality of the damages provision of Okla. Stat. tit. 25, § 1350 is questioned in this action by Plaintiff Antoinette Njombua, and that the constitutionality of Okla. Stat. tit. 23, § 9.1 is questioned by Defendant HCA Health Services of Oklahoma, Inc. Pursuant to Rule 5.1(c), Fed. R. Civ. P., the Attorney General may intervene within the time set by the Court, or by April 3, 2013.

The Clerk of Court shall send a copy of this Certification to the Oklahoma Attorney General either by certified or registered mail, or by sending it to an electronic address designated by the Oklahoma Attorney General for this purpose.

Dated this 4th day of February, 2013.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE